**Richard W. MADDEN, Sr.; Lori M. Madden; Tiera R. Madden; Amanda K. Madden, Plaintiffs—Appellants,**

v.

**Jessica L. STEWART; Gerri Ann Davis; Honea Path Police Department; Jimmy King, Defendants—Appellees.**

No. 05–1100.

United States Court of Appeals, Fourth Circuit.

Submitted May 27, 2005.

Decided June 14, 2005.

Richard W. Madden, Sr., Lori M. Madden, Tiera R. Madden, Amanda K. Madden, Appellants pro se.

James Victor McDade, John Michael O'Rourke, Doyle, O'Rourke, Tate & McDade, PA, Anderson, South Carolina, for Appellees Honea Path Police Department and Jimmy King.

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard W. Madden, Sr., Lori M. Madden, Tiera R. Madden, and Amanda K. Madden appeal the district court's order adopting the recommendations of the magistrate judge and dismissing their action under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Madden v. Stewart*, No. CA–03–3458–27–8 (D.S.C. Dec. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*